# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. MARKS,<br><br>           Petitioner,<br><br>v.<br><br>JEFFREY A. WRIGLEY, Warden,<br><br>           Respondent. | 1:06-cv-01695-OWW-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(Doc. 18)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DENYING PENDING MOTIONS AS MOOT<br>(Docs. 14, 15, 16, & 17)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On May 18, 2007, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that the petition for writ of habeas corpus be DISMISSED because it does not allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241 and DENIED because Petitioner's claims are frivolous and nonsensical. (Doc. 18). The alleged petition is arguably a successive habeas petition; Petitioner's first habeas petition (2255) was denied October 4, 2005. The Report and Recommendation also recommended that all pending

1  motions filed by Petitioner be denied as moot. (Id.). The Report and Recommendation was
2  served on all parties and contained notice that any objections were to be filed within fifteen (15)
3  days from the date of service of that order. On June 4, 2007, Petitioner filed objections to the
4  Magistrate Judge's Report and Recommendation. (Doc. 19).

5        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
6  *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's
7  objections, the Court concludes that the Magistrate Judge's Report and Recommendation is
8  supported by the record and proper analysis. Petitioner's objections present no grounds for
9  questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

10     1. The Report and Recommendation issued May 18, 2007 (Doc. 18), is ADOPTED IN
11     FULL;
12     2. The petition for writ of habeas corpus (Doc. 1), is DISMISSED and DENIED;
13     3. Petitioner's pending motion for discovery (Doc. 14), request for identity and status
14     (Doc. 15), request for evidentiary hearing (Doc. 16), and show cause motion (Doc. 17),
15     all are DENIED as MOOT; and,
16     4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close
17     the file.
18 This order terminates the action in its entirety.

23 IT IS SO ORDERED.
24 **Dated:   June 7, 2007**         /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE